Opinion issued October 25, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

NO. 01-18-00438-CR

NO. 01-18-00439-CR

———————————

**CYNTHIA MARIE RANDOLPH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 415th District Court
Parker County, Texas
Trial Court Cause Nos. CR17-0516 & CR17-0517

## MEMORANDUM OPINION

Appellant, Cynthia Marie Randolph, has filed unopposed motions to dismiss

these related appeals in compliance with Texas Rule of Appellate Procedure

42.2(a).[1]  *See* TEX. R. APP. P. 10.3(a)(2), 42.2(a).  No opinion has issued in either appeal.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we grant the motions and dismiss these appeals.[2]  *See* TEX. R. APP. P. 42.2(a), 43.2(f).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]  Appellate cause number 01-18-00438-CR; trial court cause number CR17-0516. Appellate cause number 01-18-00439-CR; trial court cause number CR17-0517.

[2]  The Texas Supreme Court transferred these appeals from the Second Court of Appeals to this Court pursuant to its docket equalization powers. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013); Misc. Docket No. 18-9049 (Tex. Mar. 27, 2018).